**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **DETERRIUS TRIMBLE and,** § | |
| **D TRIMBLE XPRESS,** § | |
| Plaintiffs, § | |
| § | |
| v. § | **CIVIL NO. 3:16-CV-1059-D** |
| § | |
| **UNITED STATES GOVERNMENT,** § | |
| Defendant. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

**SO ORDERED**.

November 21, 2016.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE